JUDGE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR 05-0113Z |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | STIPULATED MOTION TO |
| vs. ) | CONTINUE TRIAL DATE AND |
| ) | EXTEND TIME FOR PRETRIAL |
| BRIDGET L. WINFREY, ) | MOTIONS |
| ) | |
| Defendant. ) | |
| ) | |

THE COURT having considered the stipulated motion of the parties to continue the trial date and extend the due date of the pretrial motions, and the records and files herein, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuances would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii).

2. The Court further finds that the ends of justice will be served by ordering the continuances in this case and that the continuances are necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date be continued from July 11, 2005, to October 17, 2005, and that the due date for pretrial motions be extended from June 13, 2005, to September 12, 2005.

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Bridget L. Winfrey*;  CR05-0113Z)            1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

IT IS FURTHER ORDERED that the period of time from the current trial date of July 11, 2005, up to and including the new proposed trial date of October 17, 2005, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*

DONE this 1st day of July, 2005.

*[signature]*
Thomas S. Zilly
United States District Judge

Presented by:

s/  Paula Semmes Deutsch
WSBA #  23940
Attorney for Bridget L. Winfrey
Federal Public Defender's Office
1601 Fifth Avenue, Suite 700
Seattle, WA    98101
Phone:   (206) 553-1100
Fax:       (206) 553-0120
paula_deutsch@fd.org

s/  David Reese Jennings
Assistant United States Attorney
*Telephonic  Approval*

(PROPOSED) ORDER GRANTING STIPULATED MOTION
TO CONTINUE TRIAL & EXTEND PTM's DUE DATE
(*Bridget L. Winfrey*;  CR05-0113Z)              2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100